Michael McDonald #1568070
Name

3300 E Stewart Ave. S-414

Las Vegas, NV 89101
Address

Las Vegas City Jail
Prison Number

FILED ___ ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 26 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Michael McDonald,
                            Plaintiff,

vs.

City of Las Vegas/State of NV

Judge Linda Marquis,

Judge Heidi Almase,

Judge Cara Cambell,
Does I-X Jointly and Severally
                            Defendant(s).

)
)
)
)  **2:18-cv-02271-GMN-PAL**
)
)
)  CIVIL RIGHTS COMPLAINT
)  PURSUANT TO
)  42 U.S.C. § 1983
)
)  **JURY TRIAL DEMANDED!**
)
)

## A. JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, __Michael McDonald__,
   (print Plaintiff's name)
   who presently resides at __City of Las Vegas Detention Center, 3300 E Stewart Ave, LV, NV 89101__, were
   (mailing address or place of confinement)
   violated by the actions of the below named individuals which were directed against

   Plaintiff at __Regional Justice Center, LV__ on the following dates
   (institution/city where violation occurred)

   __Article V__,   __Article VI__,   and __Article VII__
   (Count I)        (Count II)        (Count III)

§1983-Form
eff. 8/96

Make a copy of this page to provide the below
information if you are naming more that five (5) defendants

2) Defendant **City of Las Vegas/State of NV** resides at **RJC 200 Lewis Ave**,
   (full name of first defendant)                                       (address of first defendant)
   and is employed as **Employer of Defendants**. This defendant is sued in his/her
   (defendant's position and title, if any)
   ___ individual  _X_ official capacity. (Check one or both). Explain how this defendant was acting
   under color of law: **Employed Named Defendants, that violated rights. Also bringer of Malicious Charges on Plaintiff**.

3) Defendant **Linda Marquis** resides at **? 601 N Pecos**,
   (full name of first defendant)                 (address of first defendant)
   and is employed as **Judge**. This defendant is sued in his/her
   (defendant's position and title, if any)
   _X_ individual  _X_ official capacity. (Check one or both). Explain how this defendant was acting
   under color of law: **Judge, Jury, executioner, had ex parte communication with other Judges, conspired to violate Plaintiff's rights, rico, fraud, Impatiently donated to campaign**.

4) Defendant **Heidi Alamase** resides at **? 200 Lewis Ave**,
   (full name of first defendant)                  (address of first defendant)
   and is employed as **Judge**. This defendant is sued in his/her
   (defendant's position and title, if any)
   _X_ individual  _X_ official capacity. (Check one or both). Explain how this defendant was acting
   under color of law: **Judge, Jury, executioner, friend and classmate of Linda Marquis, coconspirator**.

5) Defendant **Cara Campbell** resides at **? 200 Lewis Ave**,
   (full name of first defendant)                 (address of first defendant)
   and is employed as **Judge**. This defendant is sued in his/her
   (defendant's position and title, if any)
   _X_ individual  _X_ official capacity. (Check one or both). Explain how this defendant was acting
   under color of law: **Judge, Jury, executioner of revocation hearing friend and classmate Linda Marquis, coconspirator**.

6) Defendant <u>Doe's I-X Jointly and Severly</u> resides at <u>? 200 Louis Ave</u>,
    (full name of first defendant) (address of first defendant)
and is employed as <u>Judge, Prosecutor</u>. This defendant is sued in his/her
    (defendant's position and title, if any)
<u>X</u> individual <u>X</u> official capacity. (Check one or both). Explain how this defendant was acting under color of law: <u>Judge, Prosecutor, DA, Police</u>

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

---

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

Mr. McDonald has expirenced a series of mass Injustices, All due to his horrific divorce that has kept him from seeing his two wonderful kids for almost 2 torturous years! Plaintiff alleges that all Judges in his case conspired to upsurp Constitutional rights afforded to the plaintiff. Mr. McDonald was thrown in Jail for 6 Months for trying to call his own children from Jan-June 2017, even though there were contridictory orders on his divorce decree that were further orders that proceeded the protective order issued by Judge Marquis. Candace, Michael's ex used the contridictory orders and then criminally filled in order to get Michael out of the picture, and sell the marital home. Marquis conspired with the other Judges and attorneys to award large sums of money and cruelly leave Michael with almost nothing, especially depriving him a relationship with his own children.

---

## C. CAUSE OF ACTION

### COUNT I

The following civil right has been violated: <u>Plaintiff alleges that his Fifth Amendment rights were violated.</u>

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Plaintiff Asserts that his Fifth Amendment rights were violated by Judge Marquis, Judge Almase, Judge Cambell, The City of Las Vegas, and State of Nevada. Should be held liable under title 18 USC Sec 242. 1) Judge Marquis tried to double Jeopardy the plaintiff by bringing Charges of Criminal contempt in Family Court and then went to the DA, one of the Doe's DA mishler, to bring about 11 felony charges, burgaly forgery, and fictions doc, for filling a letter f[rom] his counselor in his divorce case and trying to recuse the Judge. The Plaintiff got arrested, bailed out for $100,000, and then gets remanded on a suspended for almost a year. Plaintiff was deprived of liberty and property without due process of law by Judges; Marquis, Hardcastle, Almase, Cambell. The Plaintiff Alleges Judge Marquis Conspired with former Muni Court Judge Almase to throw the Plaintiff in Jail and gave the Max Sentance, as Almase admitted ex Parte Communication. The Plaintiffs' house was sold illegally when he had a refinance approved. Also Candace Fuiz and her attorney Russell Cullings Lied, comitted fraud, and conspired to say that the refiance was not approved. Once in Jail, they broke into my house, stole almost every thing, then got Judge Hardcastle to give her exclusive possison and then sold my house illegally. Candace threw Plaintiffs property away. Also Judge Almase denied right to Attorney and due Pro[cess]

## COUNT II

The following civil right has been violated: Plaintiff Alleges that his sixth Amendment rights were violated.

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Plaintiff asserts his sixth Amendment rights were violated by Judges; Marquis, Almase, Cambell, Hardcastle, Public defender Jullian Gregory and Ben Nadig. Judge Marquis denied the right to a public trial, and Impartial Jury. She was vindictive and has railroaded the Plaintiff and put in contridictory orders that Cardase (the ex) used to get Michael over 6 months in jail and did not allow him to see his children for almost 2 tortourous years! When requested Judge Almase denied the right to an Impartial Jury and denied rights to private counsel and effecient assistance of counsel as P.D. Gregory did not provide adaqute assistance of counsel, and did not present exzorarting evidance, which cursed the plaintiff to suffer greatly. The plaintiff had to file a Bar complaint to get Gregory off his case. When simply trying to to tell Gregory facts of the case he stated "If you touch me again ill rip your fucking arm off." Judges; Marquis and Almase denied witnesses that could have helped in the Plaintiffs case. Judge Cambell did not allow the plaintiff's counsel Muller to represent him at a revocation hearing and remanded him to over a year in city jail. Judges; Marquis, Almase, Cambell should be sanctioned according to title 18 Sec 242.

## COUNT III

The following civil right has been violated: <u>Plaintiff alleges that his eight Amendment rights were greiveously violated.</u>

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Plaintiff Asserts that his eight Amendment rights were grieveously violated by Judges; Marquis, Almase, Canbell, CITY OF LV and State of Nevada. Judge Marquis inflicted cruel and unusual Punishments by issuing a protective order for a year, for a tracking device that was on both his cars. Judge Marquis denied Mr. McDonald any access or visitation of his own children for almost 2 years, not even supervised visits, 2 weeks after Candace broke in and burgalized the house, Judge Hardcastle granted Candace exclusive possesion of Plaintiffs home, to break in and steal almost everything, then sale the house illegally. Judge Marquis brought up 11 felonies on the Plaintiff for a family court document, tring to recuse the Judge and get custody. Judge Hardcastle allowed Plaintiffs house to be sold illegally and allowed Candace to break in and steal almost everything the Plaintiff has lost almost every thing. Judge Almase denied bail, threw Mr. McDonald in Jail for 6 months for tring to call his Children, and also committed cruel and unusual punishment, by giving the Plaintiff max sentences of 52 DUI classes (1st offense), GPS monitoring 6 months ($3600) and excessive fines, even though the Plaintiff never touched his ex wife. Judge Almase wrongfully convicted him. Judge Fobiason imposed $100,000 bail that was excessive for a letter in which Plaintiff lost $10,000 bailing out. Judge Cambell imposed a year suspended sentence for being arrested, even though the Plaintiff is innocent! This is cruel and excessive ....

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? ___Yes _X_ No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below outline).

    a) Defendants: _____

    b) Name of court and docket number: _____

    c) Disposition (for example, was the case dismissed, appealed or is it still pending?): _____

    d) Issues raised: _____

    _____

    e) Approximate date it was filed: _____

    f) Approximate date of disposition: _____

2) Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ___Yes _X_ No. If your answer is "Yes", describe each lawsuit. (If you have had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline).

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

    a) Defendants: _____.

    b) Name of court and case number: _____.

    c) The case was dismissed because it was found to be (check one): ___ frivolous ___ malicious or ___ failed to state a claim upon which relief could be granted.

    d) Issues raised: _____

    _____

    e) Approximate date it was filed: _____

    f) Approximate date of disposition: _____

§1983-Form
eff. 8/96
7

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____.

b) Name of court and case number: _____.

c) The case was dismissed because it was found to be (check one): ___ frivolous ___ malicious or ___ failed to state a claim upon which relief could be granted.

d) Issues raised: _____
_____.

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____.

b) Name of court and case number: _____.

c) The case was dismissed because it was found to be (check one): ___ frivolous ___ malicious or ___ failed to state a claim upon which relief could be granted.

d) Issues raised: _____
_____.

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

3) Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? _X_ Yes ___ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ___ disciplinary hearing; (2) ___ state or federal court decision; (3) ___ state or federal law or regulation; (4) ___ parole board decision; or (5) ___ other _____.

If your answer is "Yes", provide the following information. Grievance Number _____.

Date and institution where grievance was filed  Judical discipline complaint FBI

Response to grievance: Waiting _____

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

These blantent abuses of power and Constitional rights have cost Plaintiff almost every thing, over 250K. Loss of home, my time with my Children, and almost all of my property. I Michael McDonald ask to be OR Released, all pending charges dropped, $250,000 for actual damages, 10 million in punitive damages from the City of Las Vegas and State and that Judges Marquis, Alnase, Conbell, Kathy hardcastle, Tobinson be removed from the bench and sanctioned according to title 18, sec 242.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____
(Name of person who prepared or helped prepare this complaint if not Plaintiff)

_Michael McDonald_
(Signature of Plaintiff)

10-16-18
(Date)

(Additional space if needed; identify what is being continued)

§1983-Form
eff. 8/96                                9

Michael McDonald #1568070
City of Las Vegas Detention Center
3200 E Stewart Ave
Las Vegas, NV 89101

Clerk, U.S. District Court
District of Nevada
Room #1334
333 Las Vegas Blvd, South
Las Vegas, NV 89101

89101-706559

MAILED FROM CLV DETENTION CENTER

21 NOV 2018
LAS VEGAS NV 890

FOREVER USA
Barn Swallow