# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL MCDONALD, | Case No. 2:18-cv-02271-GMN-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| CITY OF LAS VEGAS, et al., | |
| Defendants. | |

Presently before the court is plaintiff Michael McDonald's application to proceed *in forma pauperis* (ECF No. 1). At the time the application was filed, it appears McDonald was incarcerated. Based on his recent notice of change of address (ECF No. 6), it appears McDonald is no longer incarcerated. Given this change in circumstances, the court will require McDonald to file an updated application to proceed *in forma pauperis* that reflects his current situation.

IT IS THEREFORE ORDERED that plaintiff Michael McDonald's application to proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice.

IT IS FURTHER ORDERED that the clerk of court must send McDonald a courtesy copy of the application to proceed *in forma pauperis* for non-prisoners, along with the accompanying instructions.

IT IS FURTHER ORDERED that by October 4, 2019, McDonald must (1) complete and file the application to proceed *in forma pauperis* for non-prisoners, or (2) pay the $400 filing fee. Failure to comply with this order will result in a recommendation that this case be dismissed without prejudice.

DATED: September 4, 2019

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE