**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL MCDONALD,

        Plaintiff,

vs.

CITY OF LAS VEGAS, *et al.*,

        Defendant.

Case No.: 2:18-cv-02271-GMN-BNW

**ORDER**

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Brenda Weksler, (ECF No. 8), which recommends that Plaintiff Michael McDonald's ("Plaintiff's") case be dismissed without prejudice for failure to either apply to proceed *in forma pauperis* or pay the filing fee.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.* The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so, November 1, 2019, has passed. (Min. Order, ECF No. 8).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 8), is **ACCEPTED AND ADOPTED in full**.

**IT IS FURTHER ORDERED** that Plaintiff's case is **DISMISSED without prejudice**.

**DATED** this  3  day of December, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court